

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00602-CV

Cristeon Michael **HARVEY**,
Appellant

v.

**PPMG OF TEXAS LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-06442
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:        Adrian A. Spears II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: January 7, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on October 27, 2025. Neither the brief nor a motion for extension of time was filed. Therefore, on December 3, 2025, we ordered Appellant Cristeon Michael Harvey to file, on or before December 18, 2025, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. We explained that if appellant failed to file a brief and a written response by the date ordered, his appeal would be dismissed for want of prosecution. *See*

TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order). No appellant's brief has been filed. Therefore, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

PER CURIAM